No. 389. McLaren v. Nierstheimer, Warden.

December 16, 1946. *Per Curiam:* On suggestion of the Attorney General of Illinois, the petition for writ of certiorari is granted; the judgment is vacated and the case is remanded for further proceedings.

686

Petitioner *pro se.* *George F. Barrett,* Attorney General of Illinois, and *William C. Wines,* Assistant Attorney General, for respondent.